**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,**

**Plaintiff,**

**v.**

**DEPARTMENT OF THE INTERIOR,**

**Defendant.**

**Civil Case No. 26-2128 (RCL)**

**ORDER**

Pursuant to Local Rule 16.3(b)(10), parties to a FOIA action are exempted from typical scheduling order requirements. As such, the burden is on the government to produce a *Vaughn* index with a supporting motion to dismiss or motion for summary judgment, as appropriate. The index and supporting motion shall be filed within 30 days of this date, or such further time as this Court allows.

**IT IS SO ORDERED.**

Royce C. Lamberth
United States District Judge

Date: 9-8-26