UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,

Plaintiff,

v.

DEPARTMENT OF THE INTERIOR,

Defendant.

Civil Action No. 26-2128 (RCL)

**ORDER**

**UPON CONSIDERATION** of Defendant's Motion to Stay Deadlines, it is hereby **ORDERED** that Defendant's motion is **GRANTED**, and it is further

**ORDERED** that Defendant's obligation to file a dispositive motion and *Vaughn* index is **STAYED**, and it is further

**ORDERED** that the parties shall file a joint status report by December 7, 2026, apprising the Court of developments in this litigation.

**SO ORDERED.**

Dated: 10/9/26

Royce C. Lamberth

ROYCE C. LAMBERTH
United States District Judge